Christine TREXLER and Barry Trexler, wife and husband, Plaintiffs Below, Appellants,

v.

Margaret BILLINGSLEY and David Billingsley, Defendants Below, Appellees.

No. 602, 2016

Supreme Court of Delaware.

Submitted: June 7, 2017

Decided: June 21, 2017

Court Below—Superior Court of the State of Delaware, C.A. No. N15C-08-131

AFFIRMED.